UNITED STATES of America, Plaintiff—Appellee,

v.

Ervin Dean LUCKY, Defendant—Appellant.

No. 00–10598.

D.C. No. CR–99–00908–PGR.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Ervin Dean Lucky appeals his conviction following a stipulated-facts bench trial and 36–month sentence for destruction of an aircraft, in violation of 18 U.S.C. § 32, and witness tampering, in violation of 18 U.S.C. § 1512(b)(1). Defendant's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Lucky has not filed a supplemental pro se brief.

The *Anders* brief does not identify any potential issues for appeal. Our independent review of the record pursuant to *Pen-*

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

*son v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988)·discloses no issues for review. Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, petitioner's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.